1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   MICHAEL DEUSCHEL,                          No.  CV 25-581 PA (JPRx)

12              Plaintiff,                       ORDER REMANDING ACTION

13        v.

14   ATLAS SPRINGS COMPANY, INC.,
     FERNANDO GUTIERREZ; and DOES
     1-20 inclusive.,

15
                Defendants.
16

17

18

19        IT IS HEREBY ORDERED that Defendants' Notice of Withdrawal of Notice of

20   Removal and to Remand is GRANTED, and this case is remanded to the Los Angeles

21   County Superior Court, Case Number 23PSCV03996.

22        IT IS FURTHER ORDERED that the order setting a status conference for February

23   7, 2025 is vacated and the status conference is taken off calendar.

24

25   DATED:  January 31, 2025        _____

26                                           Percy Anderson
                                       United States District Judge
27

28